# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REV. CALVIN WARREN,

           Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

           Defendant.

Case No. 2:08-cv-00651-JCM-GWF

**FINDINGS AND RECOMMENDATIONS**

On May 23, 2008, the Court issued Order (#2), which granted Plaintiff's application to proceed *in forma pauperis*. However, the Court dismissed Plaintiff's Complaint (#1) for failure to state a claim upon which relief can be granted, with leave to amend the complaint. Furthermore, the Court directed Plaintiff to file his amended complaint by June 23, 2008. To date, Plaintiff has failed to file his amended complaint within the allotted time period, and the time allowed has expired. Accordingly,

**IT IS HEREBY RECOMMENDED** that Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (#1) should be **dismissed** based on Plaintiff's failure to state a claim upon which relief may be granted.

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues

from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 30th day of June, 2008.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**