# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REV. CALVIN WARREN,<br><br>    Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN<br>POLICE DEPARTMENT, *et al.*,<br><br>    Defendant. | CASE NO.: 2:08-cv-00651-JCM-GWF<br><br>Date:    N/A<br>Time:    N/A |

## ORDER

Presently before the court is the report and recommendation of United States Magistrate Judge George W. Foley (Doc. #3), filed on June 30, 2008.

On May 23, 2008, the court granted plaintiff's application to proceed *in forma pauperis*. (*See* Doc. # 2). In that same order, the court dismissed plaintiff's complaint for failure to state a claim and granted him thirty (30) days to file an amended complaint. (*See id.*, at 3:19–24). To date, plaintiff has not filed an amended complaint.

On June 30, 2008, United States Magistrate Judge Foley issued the instant report and recommendation (Doc. # 3), recommending that the court dismiss this action for failure to file an amended complaint upon which relief may be granted. Pursuant to Local Rule IB-2, any objection to a report and recommendation must be in writing and filed with the clerk of the court within ten

**James C. Mahan**
**U.S. District Judge**

**James C. Mahan**
**U.S. District Judge**

1  (10) days.  To date, plaintiff has not filed an objection.  Accordingly,

3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge Foley's  report and recommendation (Doc. # 3) is AFFIRMED in its entirety.  The instant action is hereby DISMISSED **without prejudice**.

6      DATED July 17, 2008.

                                                                   */s/ James C. Mahan*
                                                UNITED STATES DISTRICT JUDGE